The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MNG, LLC, a Washington Limited Liability Company; PHILMON NEGUSSE, an individual; and HENOK ABRAHA, an individual,<br><br>                Plaintiffs,<br>         v.<br><br>MERRICK GARLAND, U.S. Attorney General, U.S. Department of Justice; JAY INSLEE, Governor of the State of Washington; LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; DAVID POSTMAN, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board,<br><br>                Defendants. | Case No.  2:21-cv-1038-BJR<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION REGARDING A BRIEFING SCHEDULE ON MOTIONS TO DISMISS BY THE U.S. DEPARTMENT OF JUSTICE AND ATTORNEY GENERAL MERRICK GARLAND IN HIS INDIVIDUAL CAPACITY |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The parties' Stipulated Motion Regarding a Briefing Schedule on Motions to Dismiss by the U.S. Department of Justice and Attorney General Merrick Garland in His Individual Capacity is GRANTED.

ORDER GRANTING MOTION TO DISMISS
[Case No. 2:21-cv-1038-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The briefing schedule on the above motions to dismiss is as follows:

Defendants the U.S. Department of Justice and Attorney General Garland, in his official and individual capacities, shall file any motions to dismiss by November 15, 2021;

Plaintiffs shall file any oppositions to the above defendants' motions to dismiss by December 6, 2021;

The above defendants shall file any replies in support of their respective motions to dismiss by December 20, 2021.

DATED this 7th day of October, 2021.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS
[Case No. 2:21-cv-1038-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970