The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MNG, LLC, a Washington Limited Liability Company; PHILMON NEGUSSE, an individual; and HENOK ABRAHA, an individual,<br><br>Plaintiffs,<br>v.<br><br>MERRICK GARLAND, U.S. Attorney General, U.S. Department of Justice; JAY INSLEE, Governor of the State of Washington; LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; DAVID POSTMAN, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board,<br><br>Defendants. | Case No. 2:21-cv-1038-BJR<br><br>ORDER GRANTING DEFENDANT MERRICK GARLAND'S AND THE U.S. DEPARTMENT OF JUSTICE'S UNOPPOSED MOTION TO STAY THIS COURT'S ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendants Merrick Garland's and the U.S. Department of Justice's Motion to Stay This Court's Order Regarding Initial Disclosures and Joint Status Report is GRANTED.  The parties' obligations to make initial disclosures and to prepare a joint status report are stayed pending the final

ORDER GRANTING MOTION TO STAY
[Case No. 2:21-cv-1038-BJR] - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C.  22044
(202) 616-4152

resolution of Defendant Garland's anticipated motion to dismiss raising the defense of qualified immunity.

DATED this 12th day of October, 2021.

*[signature]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO STAY
[Case No. 2:21-cv-1038-BJR] - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C.  22044
(202) 616-4152