The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MNG, LLC, a Washington Limited Liability Company; PHILMON NEGUSSE, an individual; and HENOK ABRAHA, an individual,

Plaintiffs,

v.

MERRICK GARLAND, U.S. Attorney General, U.S. Department of Justice; JAY INSLEE, Governor of the State of Washington; LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; DAVID POSTMAN, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board,

Defendants.

Case No. 2:21-cv-1038-BJR

STIPULATION AND ORDER OF DISMISSAL OF THE CLAIMS AGAINST DEFENDANT ATTORNEY GENERAL MERRICK GARLAND IN HIS INDIVIDUAL CAPACITY

**JOINT STIPULATION**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LCR 7(d), the parties hereby stipulate that all claims against Attorney General Merrick Garland in his individual capacity, contained in the complaint filed in this action, ECF No. 1, are hereby voluntarily dismissed with prejudice.

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C. 22044
(202) 616-4152

**SO STIPULATED.**

DATED this 9th day of December, 2021.

Respectfully and jointly submitted,

*/s/ Erik L. Halverson*
Erik L. Halverson, WSBA #48511
Attorney at Law
HALVERSON LAW, PLLC
19655 First Avenue South, Suite 106
Normandy Park, Washington 98148
Phone: 206-489-2712
Email: erik@halversonlaw.com

*Attorneys for Plaintiffs MNG LLC, Philmon Negusse, and Henok Abraha*

NICHOLAS W. BROWN
United States Attorney

*/s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*Attorney for Department of Justice and Attorney General Merrick Garland in his official capacity*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, Jr.
Acting Director

ANDREA W. McCARTHY
Senior Trial Counsel

*s/ Paul E. Werner*
PAUL E. WERNER
(Md. Bar, under LCR 83.1(c)(2))
Senior Trial Counsel
U.S. Department of Justice
P.O. Box 7146
Washington, DC 20044
Phone: 202-616-4152
Email: Paul.Werner@usdoj.gov

*Attorneys for Attorney General Merrick Garland in his individual capacity*

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C. 22044
(202) 616-4152

BRUCE L. TURCOTT

/s/ Leah Edith Harris
LEAH EDITH HARRIS
Attorney General's Office (Sea – Fifth Ave.)
800 5th Ave Ste 2000
Seattle, WA 98104-3188
206-389-2031
Email:Leah.Harris@atg.Wa.Gov

*Attorneys for Jay Inslee, David Postman, Rick Garza, and Liquor and Cannabis Board of the State of Washington*

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C. 22044
(202) 616-4152

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that the individual-capacity claims against Attorney General Merrick Garland are dismissed with prejudice.

DATED this 16th day of December, 2021.

Barbara J. Rothstein

BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 4

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 7146
WASHINGTON, D.C. 22044
(202) 616-4152