The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MNG, LLC, a Washington Limited Liability Company; PHILMON NEGUSSE, an individual; and HENOK ABRAHA, an individual,

    Plaintiffs,

v.

MERRICK GARLAND, U.S. Attorney General, U.S. Department of Justice; JAY INSLEE, Governor of the State of Washington; LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; DAVID POSTMAN, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board,

    Defendants.

Case No. 2:21-cv-1038-BJR

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST REMAINING DEFENDANTS WITHOUT PREJUDICE

**JOINT STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs MNG, LLC, PHILMON NEGUSSE, and HENOK ABRAHA; and the Defendants U.S. Department of Justice, U.S. Attorney General Merrick Garland, in his official capacity, Governor Jay Inslee, Washington State Liquor and Cannabis Board, Chair David Postman, and Director Rick Garza, acting by and through

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 1

**Halverson Law, PLLC**
Attorneys at Law
19655 First Ave South, #106
Normandy Park, WA 98148
Phone: 206-489-2712 Fax 206-212-4154

their respective counsel, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled action as to all claims and all remaining Defendants shall be dismissed without prejudice and without costs to any of the parties.[1]

**SO STIPULATED.**

DATED this 5th day of January, 2022.

Respectfully and jointly submitted,

*/s/ Erik L. Halverson*
Erik L. Halverson, WSBA #48511
Attorney at Law
HALVERSON LAW, PLLC
19655 First Avenue South, Suite 106
Normandy Park, Washington 98148
Phone: 206-489-2712
Email: erik@halversonlaw.com

*Attorneys for Plaintiffs MNG LLC, Philmon Negusse, and Henok Abraha*

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney<br><br>*/s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: kristen.vogel@usdoj.gov<br><br>*Attorney for Department of Justice and Attorney General Merrick Garland in his official capacity* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>C. SALVATORE D'ALESSIO, Jr.<br>Acting Director<br><br>ANDREA W. McCARTHY<br>Senior Trial Counsel<br><br>*/s/ Paul E. Werner*<br>PAUL E. WERNER<br>(Md. Bar, under LCR 83.1(c)(2))<br>Senior Trial Counsel<br>U.S. Department of Justice<br>P.O. Box 7146<br>Washington, DC 20044 |

---

[1] The claims against Attorney General Merrick Garland in his individual capacity were already dismissed with prejudice. *See* ECF No. 21. This stipulation does not address those claims.

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 2

Halverson Law, PLLC
Attorneys at Law
19655 First Ave South, #106
Normandy Park, WA 98148
Phone: 206-489-2712 Fax 206-212-4154

Phone: 202-616-4152
Email: Paul.Werner@usdoj.gov

*Attorneys for Attorney General Merrick Garland in his individual capacity*

BRUCE L. TURCOTT

/s/  Leah E. Harris
LEAH EDITH HARRIS
Attorney General's Office (Sea – Fifth Ave.)
800 5th Ave Ste 2000
Seattle, WA 98104-3188
206-389-2031
Email:Leah.Harris@atg.Wa.Gov

*Attorneys for Jay Inslee, David Postman, Rick Garza, and Liquor and Cannabis Board of the State of Washington*

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 3

**Halverson Law, PLLC**
Attorneys at Law
19655 First Ave South, #106
Normandy Park, WA 98148
Phone: 206-489-2712 Fax 206-212-4154

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all remaining claims and all remaining Defendants, shall be dismissed from the above-entitled action without prejudice and without costs or interest to any party.

DATED this 5th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL [Case No. 2:21-cv-1038-BJR] - 4

**Halverson Law, PLLC**
Attorneys at Law
19655 First Ave South, #106
Normandy Park, WA 98148
Phone: 206-489-2712 Fax 206-212-4154